**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Maria Burden            BK NO. 22-00723 MJC

Debtor(s)

Chapter 7

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                       Respectfully submitted,

                                   /s/ Rebecca Solarz
                                   Rebecca Solarz
                                   27 Apr 2022, 13:02:54, EDT

                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA  19106
                                   215-627-1322