Certificate Number: 15317-PAE-DE-036642413

Bankruptcy Case Number: 22-00723


15317-PAE-DE-036642413

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 26, 2022, at 3:56 o'clock PM PDT, Maria Burden Burden completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 26, 2022                By:   /s/Jennieca Laud

                                     Name: Jennieca Laud

                                     Title: Credit Counselor