In re:  Case No. 22-00723-MJC

Maria Burden  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: admin  Page 1 of 3
Date Rcvd: Aug 25, 2022  Form ID: 318  Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Burden, 171 Little Birch Lane, Orwigsburg, PA 17961-2509 |
| 5470517 | + | Allentown Fcu, 1325 Oxford Drive, Allentown, PA 18103-9655 |
| 5470520 | + | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 5470532 | + | Eye Consultants, 1 Granite Point Drive, Suite 100, Reading, PA 19610-1992 |
| 5470534 | + | OneMain, 5306 Allentown Pike, Ste 3, Temple, PA 19560-1271 |
| 5470536 | + | Payment Processing, POB 650832, Dallas, TX 75265-0832 |
| 5470541 | + | Sch. Cty Municipal Authority, 221 South Center Street, Pottsville, PA 17901-3506 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Aug 25 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5470518 | + | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 18:48:21 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5470519 | + | EDI: TSYS2 | Aug 25 2022 22:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5470521 | + | EDI: CAPITALONE.COM | Aug 25 2022 22:48:00 | Capial One, POB 71087, Charlotte, NC 28272-1087 |
| 5470522 | + | EDI: CAPITALONE.COM | Aug 25 2022 22:48:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5470523 | + | EDI: WFNNB.COM | Aug 25 2022 22:48:00 | Cb/comenit, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 5470526 | + | EDI: CITICORP.COM | Aug 25 2022 22:48:00 | Citibank/The Home Depot, Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5470527 | + | EDI: WFNNB.COM | Aug 25 2022 22:48:00 | Comenity/Big Lots, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5470528 | + | EDI: WFNNB.COM | Aug 25 2022 22:48:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 5470529 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 18:48:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5470530 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 25 2022 18:48:26 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5470531 | + | EDI: DISCOVER.COM | Aug 25 2022 22:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5470533 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 25 2022 18:36:00 | First National Bank, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5470524 | | EDI: JPMORGANCHASE | | |

| | | | | |
|---|---|---|---|---|
| 5470525 | | EDI: JPMORGANCHASE | Aug 25 2022 22:48:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 5470535 | + | EDI: AGFINANCE.COM | Aug 25 2022 22:48:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 5470537 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5470538 | + | Email/PDF: ebnotices@pnmac.com | Aug 25 2022 22:48:00 | PayPal Credit/Syncb, Attn: Bankruptcy, POB 960006, Orlando, FL 32896-0006 |
| 5470539 | ^ | MEBN | Aug 25 2022 18:48:26 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5470540 | ^ | MEBN | Aug 25 2022 18:35:28 | Receivables Managemnt Partners, Attn: Bankruptcy, Po Box 630844, Cincinnati, OH 45263-0844 |
| 5470542 | + | EDI: RMSC.COM | Aug 25 2022 18:35:27 | Recivable Management Services. LLC, Attn: Bankruptcy, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 5470543 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470544 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5471266 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Syncb/walmart, Attn: Bankruptcy, POB 965060, Orlando, FL 32896-5060 |
| 5470545 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5470546 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470547 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470548 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470549 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470550 | + | EDI: RMSC.COM | Aug 25 2022 22:48:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5470551 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 25 2022 22:48:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5470552 | | Email/Text: bknotice@upgrade.com | Aug 25 2022 18:36:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5470553 | + | EDI: RMSC.COM | Aug 25 2022 18:36:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| | | | Aug 25 2022 22:48:00 | Venmo/Syncb, POB 960080, Orlando, FL 32896-0080 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

**Name** — **Email Address**

Kara Katherine Gendron (Trustee)
karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Rebecca Ann Solarz
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

Robert M. Reedy
on behalf of Debtor 1 Maria Burden attyreedy@yahoo.com  bill_crown@hotmail.com;attyreedy@yahoo.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Maria Burden<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6028<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22-bk-00723-MJC | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Maria Burden

8/25/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**